## Swimmer *v.* Swimmer, Appellant.

Argued April 11, 1966. *Jerome M. Libenson*, with him *Robert G. Sable, Peter Cooper*, and *Baskin, Boreman, Sachs & Craig*, for appellant; *Silvestri Silvestri*, for appellee.

Order affirmed.

WATKINS, J., absent.

## Urso *v.* Frank Mashuda Company, Inc., Appellant.

Argued April 14, 1966. *Stephen W. Graffam*, with him *White, Jones & Gregg*, for appellant; *J. Craig Kuhn*, with him *Wilner, Wilner and Kuhn*, for appellees.

Judgment affirmed.

WATKINS, J., absent.